DELCORP, INC., Respondent,

v.

LUXURY CARPET CLEANING,
et al., Appellant.

No. WD 47981.

Missouri Court of Appeals,
Western District.

July 26, 1994.

Rehearing Denied Aug. 30, 1994.

Thomas J. Walsh, Lee's Summit, for appellant.

Douglas L. Carter, Mark A. Jess, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

*PER CURIAM:*

Appeal from order for temporary and permanent injunctions enjoining appellant from "operating, advertising, and representing themselves as a business" under the name "Deluxe Carpet Cleaning" and ordering appellant to transfer a telephone number to respondent.

Affirmed. Rule 84.16(b).